# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Susan Aiken, | **Case No.:0:17-cv-00019-DSD-DTS** |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| The Prudential Insurance Company of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by plaintiff is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**Respectfully submitted:**

Dated: <u>May 4, 2017</u>

By: <u>s/ Sarah J. Demers</u>
Sarah J. Demers (MN#0392149)
Katherine L. MacKinnon (MN# 170926)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave W. #230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile: (952) 915-9217
sarah@katemackinnon.com
*Counsel for Plaintiff Aiken*

Dated: <u>May 4, 2017</u>

By: <u>s/ Barbara Podlucky Berens</u>
Barbara Podlucky Berens, # 209788
Erin K. Fogarty Lisle, #238168
3720 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 349-6171
Facsimile (612) 349-6416
bberens@berensmiller.com
elisle@berensmiller.com
*Attorneys for Defendant The Prudential Insurance Company of America*