UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 17-19(DSD/DTS)

_____

Susan Aiken,

                        Plaintiff,

v.

The Prudential Insurance Company of
America,

                        Defendant.

ORDER FOR DISMISSAL
WITH PREJUDICE

_____

     The Court, being duly advised in the premises and being presented with a stipulation of the parties entitled Joint Stipulation for Dismissal with Prejudice, hereby dismisses this action with prejudice under and pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its respective costs, disbursements and attorney's fees incurred in connection with this matter.

Date: <u>May 4, 2017</u>

<u>s/David D. Doty</u>
David S. Doty, Judge
United States District Court